**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fowsi Adam, Bashir Aden, Hussein H. Ahmed, Ahmed Aidid Ali, Abdi M. Dagal, Daud S. Dahir, Abdirashid A. Elmi, Hassan H. Farah, Shaffie Farah, Mohamud A. Haji, Abdirashid H. Hassan, Abdisalaam Hassan, Omar A. Hussein, Abdi Ali Jama, Mohamed Salah Jama, Hussein Suleman Kassim, Said Hassan Keire, Ahmed Mohamed, Abdi A. Mohamed, Abdirashid A. Mohamoud, Abdullahi A. Mahamed, Ali Aden Mohamed, Jama A. Mohamud, Muse Mohamed Ahmed, Mustaf D. Mohamed, Anwar Said, Kulaten Munye Said, Mubarak A. Geelle, Jamal Nur, Abdikani Aded, Abdulaziz Ahmed, Abrashid Said, Mohamed Hassan,

Plaintiffs,

v.

National Car Rental System, Inc., Alamo Rent A Car, LLC, and ANC Rental Funding Corp.,

Defendants.

Civil File No. 01-CV-943 JRT/FLN

**<u>STIPULATED ORDER TO CONSOLIDATE ACTIONS</u>**

---

Abdi Karim Gelle, Mohamed Hassan, Aden Osman Jama, Abdiweli Hassan Mohamed, Abshir Aden Mohamoud,

Plaintiffs,

v.

National Car Rental System, Inc., Alamo Rent A Car, LLC, and ANC Rental Funding Corp.,

Defendants.

Civil File No. 01-CV-1237 JRT/FLN

---

FILED AUG 1 0 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS all of the plaintiffs in the above-captioned actions were employed by one of the defendants during a common period of time; and

WHEREAS the defendants in the Adam action are the same as the defendants in the Gelle action; and

WHEREAS the plaintiffs in the Adam action and the plaintiffs in the Gelle action are represented by the same attorneys;

WHEREAS the defendants are represented by the same attorneys in both of the above-captioned actions; and

WHEREAS the above-captioned actions involve common questions of law inasmuch as both Complaints contain a count alleging a violation of the Minnesota Human Rights Act, a count alleging a violation of Title VII of the Civil Rights Act of 1964, a count alleging a violation of the Fair Labor Standards Act, a count alleging a violation of the Minnesota Overtime Law, a count alleging negligent supervision, and a count alleging negligent retention; and

WHEREAS the above-captioned actions involve common questions of fact; and

WHEREAS a consolidation of the above-captioned actions will promote judicial economy and avoid unnecessary costs or delay.

NOW, THEREFORE:

1. The action captioned Adam et al. v. National Car Rental System, Inc., et al., Case No. 01-CV-943, JRT/FLN, and the action captioned Gelle et al. v. National Car Rental System, Inc., et al., Case No. 01-CV-1237 JRT/FLN, shall be consolidated for all purposes.

2. The Notice of Initial Pretrial Conference issued by Magistrate Judge Noel on June 7, 2001, in the Adam action shall be applicable to both of the above-captioned consolidated actions.

***AGREED TO:***

Dated: August 10, 2001

REINHARDT AND ANDERSON

By: ______________________
Jeffrey R. Anderson Reg. No. 2057
Patrick W. Noaker Reg. No. 274951
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 227-9990

*Attorneys for Plaintiffs*

Dated: August 10, 2001

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON P.A.

By: ______________________
Donald M. Lewis Reg. No. 62844
Matthew E. Damon Reg. No. 158136
Sandra L. Conroy Reg. No. 267132
Matthew E. Johnson Reg. No. 235945
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

*Attorneys for Defendants*

***IT IS SO ORDERED:***

Dated: Aug 10, 2001

______________________
CHIEF UNITED STATES MAGISTRATE JUDGE

123322

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500